# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LUCCIANA ANDRADE,**

    **Plaintiff,**

v.   Case No:   6:19-cv-173-Orl-22GJK

**REDROCK TRAVEL GROUP, LLC, CARDIFF LEXINGTON CORPORATION and ROLLAN ROBERTS II,**

    **Defendants.**

## ORDER

This cause is before the Court on Plaintiff's Motion for Approval of Settlement as to Defendants Cardiff Lexington Corporation and Rollan Roberts II (Doc. No. 68) filed on January 3, 2020.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Notice of Non-Objection (Doc. No. 71), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 9, 2020 (Doc. No. 70), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Plaintiff's Motion for Approval of Settlement as to Defendants Cardiff Lexington Corporation and Rollan Roberts II is hereby GRANTED.   However, The Court declines to reserve jurisdiction over the enforcement of the agreement.

3. The Court approves the settlement as a fair and reasonable compromise of a bona fide FLSA dispute.

4. Plaintiff's claims against Defendants Cardiff Lexington Corporation and Rollan Roberts II are DISMISSED with prejudice. The Clerk is directed to terminate them as parties to this action.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2020.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties